```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

```
     FOLLOWING ORDER ENTERED ON DOCKET ON JULY 17, 2020


     CASE NO.: A20-60714-SMS    JUDGE:   SIGLER

     DEBTOR(S): DEBORAH L. BEACHAM


     TRUSTEE TO REPORT BACK

          WHETHER DEBTOR(S) PAYMENTS CURRENT

     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

          RECOMMENDS DISMISSAL BECAUSE:  THE DEBTOR HAS FAILED
     TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED
     ORDER; THE TRUSTEE HAS NOT RECEIVED ANY PLAN PAYMENTS IN
     THIS CASE SINCE FEBRUARY 23, 2021

          PLEASE ENTER ORDER OF DISMISSAL


     May 20, 2021


                                        _____/s_____
                                        K. Edward Safir, Esq.
                                        for Chapter 13 Trustee
                                        GA Bar No. 622149




     Mary Ida Townson, Chapter 13 Trustee
     285 Peachtree Center Ave, Suite 1600
     Atlanta, Georgia 30303
      (404) 525-1110
     eds@atlch13tt.com
```

A20-60714-SMS

## CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

DEBORAH L. BEACHAM
3355 LENOX RD, NE
SUITE 750
ATLANTA, GA 30326

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

VALLDEJULI & ASSOCIATES

This 20TH day of May, 2021

    /s/
K. Edward Safir, Esq.
Standing Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
 (404) 525-1110
eds@atlch13tt.com