**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DEBORAH LEE BEACHAM, | ) | CASE NO. 20-60714-SMS |
| | ) | |
| Debtor. | ) | |

## NOTICE OF ASSIGNMENT OF HEARING

**PLEASE TAKE NOTICE** that **DEBORAH LEE BEACHAM,** has filed a **Motion to Reconsider Dismissal Order** and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia on the **22nd day of June, 2021** at **10:00 AM.**

**"Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver

your response so that it is received by the Clerk at least two business days before the hearing.

The address of the Clerk's Office is*:* Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 25th day of May, 2021.

_____/s/_____
Richard K. Valldejuli, Jr.
GA State Bar # 723225
Attorney for Debtor

Valldejuli & Associates, LLC
2199 Lenox Road, Suite A
Atlanta, Georgia  30324
(404) 636-9957

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **DEBORAH LEE BEACHAM,** | ) | CASE NO. 20-60714-SMS |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S MOTION TO RECONSIDER ORDER
<u>DISMISSING CHAPTER 13 CASE</u>**

**COMES NOW**, the Debtor in the above-captioned case, and files this Motion to Reconsider this Court's Order dismissing this Chapter 13 case and in support thereof respectfully show this Honorable Court the following:

1.

Debtor filed for relief under Chapter 13 of the Bankruptcy Code on January 13, 2020 and confirmed by order entered July 16, 2020.  By Supplemental Order of Confirmation entered July 17, 2020, the Debtor's Plan payments were to be made on a strict compliance basis for a period of 12 months.

2.

The Trustee filed a Supplemental Report on May 20, 2021 requesting entry of an order dismissing the case because Debtor's Plan payments were not current (Doc No. 59) and an Order dismissing the case was entered May 20, 2021 (Doc No. 60).

3.

Although dismissed, the case remains open.

4.

Prior to dismissal, there was pending a "Motion for Contempt against Creditor

Charles Wayne Beacham for Willful Violation of Automatic Stay" (the "Contempt Motion") that remained unresolved.

5.

The Court had previously ruled March 23, 2020 (Doc. No. 37) that, Creditor Charles Wayne Beacham's "Recoupment" defense to violating the automatic stay dis not apply.

**WHEREFORE,** based on the foregoing, Debtor prays:

a) That that this motion be granted and that the Order entered May 20, 2021 dismissing this case be vacated to preserve and allow the Contempt Motion to be heard, or, in the alternative;

b) that the dismissal order be vacated allowing the Debtor to seek remedy against Creditor Charles Wayne Beacham for willful violation of automatic stay by Adversary Proceeding so that the Court may retain jurisdiction after dismissal of this case.

This 25th day of May, 2021.

_____/s/_____
Richard K. Valldejuli, Jr.
GA State Bar # 723225
Attorney for Debtor

Valldejuli & Associates, LLC
2199 Lenox Road, Suite A
Atlanta, Georgia  30324
(404) 636-9957

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing ***DEBTOR'S MOTION TO RECONSIDER ORDER DISMISSING CHAPTER 13 CASE*** thereon by consent of the parties where indicated, the following have received an electronic copy and service by US Mail and by e-mail and/or Facsimile where indicated upon creditors and parties in interest indicated on the attached mailing matrix dated **5/25/21**.

This 25th day of May, 2021.

_____/s/_____
Richard K. Valldejuli, Jr.
GA State Bar # 723225
Attorney for Debtor

Valldejuli & Associates, LLC
2199 Lenox Road, Suite A
Atlanta, Georgia  30324
(404) 636-9957

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 20-60714-sms<br>Northern District of Georgia<br>Atlanta<br>Tue May 25 13:10:06 EDT 2021 | Deborah Lee Beacham<br>3355 Lenox Road, N.E.<br>Suite 750<br>Atlanta, GA 30326-1353 | C. Wayne Beacham<br>c/o The Wachter Law Firm<br>106 Hammond Drive NE<br>Atlanta, GA 30328-4806 |
| Capital One<br>Attn: General Correspondence<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Charles W. Beacham<br>957 St. Lyonns Ct.<br>Marietta, GA 30068-4533 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Christopher McCormick<br>105 Pilgrim Village, #400<br>Cumming, GA 30040-2585 |
| Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>401 West Peachtree Street, NW<br>M/S 334-D<br>Atlanta, GA  30308 |
| Internal Revenue Service<br>Box 7346<br>Philadelphia, PA 19101-7346 | Kohl's Dept. Stores<br>N56 W17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-7096 | Kristina Weaver<br>2215 Mill Garden Place<br>Buford, GA 30519-7653 |
| Life Storage<br>6467 Main St.<br>Buffalo, NY 14221-5856 | Marlene Blocker<br>1161 Clarendon Drive<br>Marietta, GA 30068-2162 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Reilly Dental<br>850 Lecroy Drive<br>Marietta, GA 30068-2222 | K. Edward Safir<br>Mary Ida Townson<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 | Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1259 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Richard K. Valldejuli Jr.<br>Valldejuli & Associates, LLC<br>Suite A<br>2199 Lenox Road, NE<br>Atlanta, GA 30324-4342 | Fred B. Wachter<br>The Wachter Law Firm<br>106 Hammond Drive NE<br>Atlanta, GA 30328-4806 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Bank                              Georgia Department of Revenue
Account Support Services                Compliance Division - Bankruptcy Unit
P.O. Box 9001022                        1800 Century Blvd., NE, Suite 9100
Louisville, KY  40290                   Atlanta, GA  30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)C. Wayne Beacham                     (du)C. Wayne Beacham                    (u)Chase Bank




(d)Internal Revenue Service             (d)Internal Revenue Service             (u)Northside
401 West Peachtree Street, NW           P.O. Box 7346
M/S 334-D                               Philadelphia, PA 19101-7346
Atlanta, GA 30308



End of Label Matrix
Mailable recipients    25
Bypassed recipients     6
Total                  31
```