## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **CHAPTER 13** |
| **DEBORAH LEE BEACHAM,** | ) | |
|    Debtor. | ) | **CASE NO. 20-60714-SMS** |
| _____ | )_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **DEBORAH LEE BEACHAM,** | ) | |
| | ) | |
|    Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CHARLES WAYNE  BEACHAM,** | ) | |
| | ) | |
|    Respondent. | ) | |

## WITHDRAWAL OF MOTION FOR CONTEMPT
## FOR WILLFUL VIOLATION OF AUTOMATIC
## WITH PREJUDICE

**COMES NOW**, the above Debtor, by and through her attorney of record, hereby

withdraws her **"*Motion for Contempt Against Creditor Charles Wayne Beacham for Willful*

*Violation of Automatic Stay"*** filed February 19, 2020 (the "Motion") (Doc. No. 30).

The parties have amicably resolved all of the issues raised in the Motion.

**WHEREFORE**, based on the foregoing, the Debtor hereby withdraws her Motion as to

all counts alleged **with prejudice.**

This 6th day of September, 2021.


                              ___/s/_____

Valldejuli & Associates, LLC                     Richard K. Valldejuli, Jr.

2199 Lenox Road, Suite A                       Attorney for Debtor/Movant

Atlanta, GA  30324                              GA Bar No: 723225

(404) 636-9957

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing "*Withdrawal of Motion for Contempt Against Creditor Charles Wayne Beacham for Willful Violation of Automatic Stay"* by ECF transmission to **:**

N. Whaley, Interim Ch. 13 Trustee
Interim Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

Fred B. Wachter
The Wachter Law Firm
106 Hammond Drive NE
Atlanta, GA 30328

This 6ᵗʰ day of September, 2021.


____/s/_____

Valldejuli & Associates, LLC                      Richard K. Valldejuli, Jr.
2199 Lenox Road, Suite A                          Attorney for Debtor/Movant
Atlanta, GA  30324                                GA Bar No: 723225
(404) 636-9957